UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Lopez,

                                        Plaintiff(s),                                    **O R D E R**

                    -against –
                                                                                        7:23-CV-09053 (CS)


City of New Rochelle et al,

                                        Defendant(s).
------------------------------------------------------------X
Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within forty-five days of the date of this order,

Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: December 18, 2025

        White Plains, New York




                                                        _____

                                                        CATHY SEIBEL, U.S.D.J.